IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Patricia Lucas, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 11 C 787 |
| | ) | |
| Omni Credit Services of Florida, Inc., a Florida corporation, | ) ) ) | Judge Kocoras |
| Defendant. | ) | |

NOTICE OF VOLUNTARY
DISMISSAL WITH PREJUDICE

Plaintiff, pursuant to F.R.C.P. Rule 41, hereby stipulates to the dismissal of her claims against the Defendant, with prejudice.

Dated: April 1, 2011

One of Plaintiff's Attorneys

/s/ David J. Philipps_____
David J. Philipps    (Ill. Bar No. 06196285)
Mary E. Philipps    (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com
mephilipps@aol.com

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 1, 2011, a copy of the foregoing **Notice of Voluntary Dismissal with Prejudice** was filed electronically**.** Notice of this filing will be sent to the following parties via U.S. Mail, first class postage pre-paid, on April 1, 2011, by 5:00 p.m.

Greg Straub, Corporate Counsel
Omni Credit Services of Florida, Inc.
333 Bishops Way
Suite 100
Brookfield, Wisconsin 53005


/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com