AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Illinois

| | | |
|---|---|---|
| Patricia Lucas | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 11 C 787 |
| Omni Credit Services of Florida, Inc. | ) | |
| *Defendant* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: This cause is hereby dismissed with prejudice. All matters in controversy having been resolved, final judgment of dismissal with prejudice is entered.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by Judge Charles P. Kocoras  notice of  voluntary dismissal with prejudice.

Date: 05 Apr 2011                                    Michael W. Dobbins, Clerk of Court

                                                     /s/ Stephen C. Tokoph
                                                              Deputy Clerk